IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> KIARA MOORE., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MOUNT ZION BAPTIST CHURCH, ) <br> ) <br> Defendant. ) | NO. 3:23-cv-0024 <br> JUDGE RICHARDSON |

# ORDER

Plaintiffs (the United States of America and the realtor, Kiara Moore) have filed a joint stipulation of dismissal. (Doc. No. 30, "Stipulation"), which is signed by counsel for each of the Plaintiffs. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), because it was signed by counsel for all parties that have appeared in this case (which Defendant has not), the Stipulation sufficed to dismiss this action without any action on the part of the Court. The Stipulation states that, consistent with the terms of the parties' settlement agreement, Defendant is dismissed with prejudice as to Relator Kiara Moore; dismissed with prejudice as to the United States with respect to the "Covered Conduct" defined in the parties' settlement agreement; and without prejudice as to the United States with respect to all other conduct. The Court retains jurisdiction over any disputes that may arise regarding the Settlement Agreement.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice as to Relator Kiara Moore; dismissed with prejudice as to the United States with respect to the "Covered Conduct" defined in the parties' settlement agreement; and without prejudice as

to the United States with respect to all other conduct effective as of the time of the filing of the Stipulation.

The Clerk of the Court is **DIRECTED** to enter final judgment under Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE