# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

United States of America, et al.

                            Plaintiff,

v.                                                    Case No.: 3:23−cv−00024

Mount Zion Baptist Church

                            Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/5/2024 re [31].

                                                                 Lynda M. Hill
                                      s/ Annecia L Donigan, Deputy Clerk